JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. FULTON, | Case No. CV 12-7991 GAF (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SUNNY SASAJIMA, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Granting Plaintiff's Motion to Dismiss Case and Dismissing Civil Rights Action Without Prejudice.

DATED: May 14, 2013   _____

HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**